```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
```

**KEITH J. MANN,**

          **Plaintiff,**

         v.                   CASE NO. 08-3025-SAC

**DAVID McKUNE, Warden,**
**et al.,**

          **Respondents.**

### O R D E R

Plaintiff herein, filed this civil rights complaint pursuant to 42 U.S.C. § 1983, seeking money damages for alleged denial of adequate medical treatment for injuries suffered in a bus accident while in transit from one prison to another. On February 6, 2008, upon screening the complaint, this court entered an Order finding Mr. Lewis had not submitted documentation required by statute to support his motion for leave to proceed in forma pauperis, had not named proper defendants or alleged their personal participation, and had failed to allege sufficient facts to support a claim of cruel and unusual punishment based upon a denial of medical care. The court granted plaintiff thirty days in which to submit the proper documentation in support of his motion to proceed in forma pauperis; and to file an Amended Complaint on forms provided by the court stating additional facts in support of his claim of denial of medical treatment, naming proper defendants, and showing personal participation on the part of all defendants.

The time for plaintiff's response has elapsed, and nothing

has been submitted to the court by plaintiff. The court finds this action must be dismissed, without prejudice, on account of plaintiff's failure to satisfy the filing fee requirements and respond to the court's order dated February 6, 2008.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 2) is denied; and this action is dismissed, without prejudice, and all relief is denied.

**IT IS SO ORDERED**.

Dated this 25th day of March, 2008, at Topeka, Kansas.

s/Sam A. Crow
U. S. Senior District Judge